THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Donald J.
 Mauldin, Appellant.
 
 
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No. 2010-UP-070
 Submitted January 4, 2010  Filed February
1, 2010   

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia;  Solicitor David Michael Pascoe, Jr., of
 Orangeburg, for Respondent.
 
 
 

PER CURIAM: Donald
 J. Mauldin pled guilty to homicide by child abuse and the trial court sentenced
 him to fifty years' imprisonment.  On appeal Mauldin argues the trial court
 abused its discretion in sentencing him to the statutory maximum without
 providing any justification or explanation.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.